**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                             General Court Number
Clerk                                                                       415.522.2000

### December 22, 2011

**CASE NUMBER:  CV 11-05605 EDL**
**CASE TITLE:  KAREN MCBRIEN-v-UINTED STATES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Edward M. Chen** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/22/11

                                                            FOR THE EXECUTIVE COMMITTEE:

                                                            _____*Richard W. Wieking*_____
                                                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 12/22/11 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA