UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,

          Plaintiffs,

    v.

UNITED STATES, *et al.*,

          Defendants.
_____/

No. C-11-5605 EMC

**ORDER DISMISSING ACTION WITH PREJUDICE**

On April 4, 2012, this Court issued an order directing Plaintiff to file an amended complaint, limited to Plaintiff's 42 U.S.C. § 1983 claim based on the use of excessive force by a San Francisco sheriff, within 30 days. *See* Docket No. 14. The Court warned Plaintiff that failure to comply with its order would result in the dismissal of Plaintiff's case with prejudice. More than 60 days have passed, and Plaintiff has failed to comply with the Court's order. The Court notes that Plaintiff has recently a request for extension of time to serve her complaint. Docket No. 16. However, the request is improper as Plaintiff has not yet filed an amended complaint that could be served on Defendants. Plaintiff also indicated to Court staff that she would like to file a renewed IFP application, but any time for so doing has long passed given the Court's clear order giving her 30 days to file an amended complaint.

///
///
///
///

Accordingly, the Court hereby **DISMISSES** Plaintiff's complaint with prejudice as to all claims for failure to comply with the Court's orders. The Court therefore **DENIES** Plaintiff's request for an extension of time to serve her initial complaint. Her motion for permission for electronic case filing is also **DENIED** as moot. This Order disposes of Docket Nos. 16, 17.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: June 6, 2012

_____
EDWARD M. CHEN
United States District Judge