UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MCBRIEN, | No. C-11-5605 EMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING PLAINTIFF TO COMPLY WITH CIVIL STANDING ORDER AND CIVIL LOCAL RULES** |
| UNITED STATES, *et al.*, | |
| Defendants. _____/ | |

On June 6, 2012, this Court issued an order dismissing Plaintiff's complaint with prejudice as to all claims for failure to comply with an earlier order directing the Plaintiff to file an amended complaint. *See* Docket Nos. 14, 18. Final judgment was entered against Plaintiff on June 7, 2012, and the Clerk of the Court closed the file in this case on the same day. *See* Docket No. 19. Since that time, Plaintiff has made repeated attempts to contact the Courtroom Deputy Clerk by telephone and e-mail, seeking, ultimately, this Court's reconsideration of various orders issued while the case was open. Plaintiff is reminded that the Court's Civil Standing Order directs her not to "attempt to make *ex parte* contact with the Judge or his chambers staff by telephone, facsimile, or any other means," and that contact with the Courtroom Deputy Clerk is to be limited to "appropriate inquires (*e.g.*, scheduling inquiries)." *See* Docket No. 10 (Civil Standing Order). If the Plaintiff wishes to

///
///
///
///

file further motions in this case, she must comply with the Local Rules regarding written requests to the Court.  *See* Civil Local Rules § 7, *et. seq.* (Motion Practice).

IT IS SO ORDERED.

Dated: June 21, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KAREN MCBRIEN,

        Plaintiff,

v.

UINTED STATES et al,

        Defendant.

Case Number: CV11-05605 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen McBrien
3616 Far West Boulevard #117-252
Austin, TX 78731

Dated: June 21, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3